UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DOUGLAS L. SWENSON, et al.,<br><br>  Defendants. | Case No. 1:13-CR-91-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

**MEMORANDUM DECISION**

The Government has provided the Court with an un-redacted copy of the FBI 302 form attached to the Court's earlier decision. The 302 form is dated March 23, 2014 and appears to be written by FBI Agent John Scata. The redacted portions concern events on March 20, 2014. The Court reviewed the redacted portions to determine if they should be turned over the defense under *Brady* and its progeny, Rule 16, or the Jencks Act. The Court has determined that none of the redacted portions should be turned over pursuant to that authority. The redacted portions contain nothing that impeaches the testimony or credibility of Agent Morse, or bears on the substance of the case in any way. Consequently, the Court declines to turn over the redacted portions to the defendants. For purposes of a record on appeal, the Court will order that the full un-redacted 302 form be filed under seal, and not provided to the defendants. This Memorandum Decision and Order are not to be sealed.

**ORDER**

In accordance with the Memorandum Decision set forth above,

NOW THEREFORE IT IS HEREBY ORDERED, that the Government is not required to turn over to defendants the redacted portions of the FBI 302 form dated March 23, 2014.

IT IS FURTHER ORDERED, that the full un-redacted 302 form shall be filed under seal by the Clerk as an attachment to this decision, and shall not be provided to defendants.

IT IS FURTHER ORDERED, that the Clerk shall not seal this decision itself.

DATED: March 25, 2014

_____
B. Lynn Winmill
Chief Judge
United States District Court