UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DOUGLAS L. SWENSON, *et al.*,<br><br>    Defendants. | Case No. 1:13-cr-00091-BLW<br><br>**ORDER** |

The probation officer assigned to this case informed the Court that the bulk of the objections and victim impact statements presented at sentencing will apply to all four defendants. Accordingly, the Court has determined that it should conduct an initial hearing with all four defendants to (1) address all argument and evidence related to objections, and (2) hear all victim statements. The Court will then proceed with the individual sentencings of each defendant. Doug Swenson's sentencing will commence at the conclusion of the hearing on objections and victim statements on August 20, 2014, and Mark Ellision's sentence will follow Doug Swenson's sentencing that day. Jeremy Swenson's sentencing will commence the next morning, August 21, 2014 at 9:00 a.m., and David Swenson's will follow at 10:30 a.m.

**ORDER**

**IT IS ORDERED:**

1. All parties, including all four defendants, shall appear for the initial sentencing proceeding explained above on **August 20, 2014, at 9:00 a.m.**

Order – **page 1**

2. Doug Swenson's sentencing will commence at the conclusion of the hearing on objections and victim statements on August 20, 2014, and Mark Ellision's sentence will follow Doug Swenson's sentencing that day.

3. Jeremy Swenson's sentencing will commence the next morning, August 21, 2014 at 9:00 a.m., and David Swenson's will follow at 10:30 a.m.

4. Any party may file a written objection to this process on or before Friday, August 8, 2014.

DATED: August 5, 2014

B. Lynn Winmill
Chief Judge
United States District Court